**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

| | |
|---|---|
| **CHS INC. F/K/A CENEX HARVEST STATES COOPERATIVES, A MINNESOTA COOPERATIVE CORPORATION ("CHS")** | **PLAINTIFF** |
| V. | 4:12CV00682 JMM |
| **MASON FAMILY LLC, AN ARKANSAS LIMITED LIABILITY COMPANY; ROGER MASON, AN INDIVIDUAL; NANCY MASON, AN INDIVIDUAL** | **DEFENDANTS** |

## ORDER

Pending is the Plaintiff's Motion to Dismiss the Complaint with prejudice. The Court finds that the Motion (Docket # 20) should be GRANTED. The Clerk is directed to close the case.

Plaintiff's Motion to Dismiss the Case with prejudice (Docket # 20) is GRANTED.

IT IS SO ORDERED this 10th day of June, 2013.

*James M. Moody*
James M. Moody
United States District Judge